CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Samantha Renea Corbin** DOB: 1993; United States<br>**Amanda Michelle Tulk**; DOB: 1982; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02395MJ |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 17, 2025, in the District of Arizona, **Samantha Renea Corbin** and **Amanda Michelle Tulk,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport a certain illegal alien, Gabino Aguilar-Fuentes, Angel Miguel Jimenez-Gonzalez, and Deysi Yaneth Laparra-Chilel De Gomez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 17, 2025, in the District of Arizona (Bisbee), at approximately 7:45 p.m., a Border Patrol (BP) operated camera observed a gold extended cab truck travel eastbound on South Bisbee Junction Road to East Border Road at Mile Marker (MM) 2 and pick up several subjects, believed to be illegal aliens. This area is rural, commonly used by human smugglers, and less than one mile from the border. Four hours earlier BP cameras observed several incursions crossing into the United States south of this area. The truck then started to drive northbound on an unimproved trail towards South Gold Gulch Road. The trail the truck was driving is generally only used by Border Patrol Agents (BPAs) and human smugglers. It is highly unusual for the public to be driving on it. The camera operator then observed the truck stop on the trail and watched as three additional subjects ran from the brush and entered the vehicle. BPAs responded to the area and waited for the truck to drive further north. At approximately 7:50 p.m. BPAs observed the gold 2002 Chevrolet Silverado bearing Arizona license plate WXA5FS pass their location, travelling northbound on Arizona street. Once behind the truck BPAs observed it driving erratically, braking, swerving in their lane and varying their speed. This behavior is consistent with human smugglers who are overly focused on the presence of law enforcement which distracts them from driving. At approximately 7:53 p.m. BPAs attempted to pull the vehicle over to conduct an immigration inspection. When the truck eventually yielded two passenger doors opened and several subjects wearing camouflage exited the vehicle and began to abscond. It is common for illegal aliens to wear camouflage while walking in the desert to evade detection by law enforcement. Three of the subjects were apprehended. These subjects, later identified as Gabino Aguilar-Fuentes, Angel Miguel Jimenez-Gonzalez, both citizens and nationals of Mexico, and Deysi Yaneth Laparra-Chilel De Gomez a citizen and national of Guatemala, were determined to be present in the United States illegally.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Gabino Aguilar-Fuentes, Angel Miguel Jimenez-Gonzalez, and Deysi Yaneth Laparra-Chilel De Gomez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1])<br>*[signature]* | DATE<br>July 18, 2025 |

[1]) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

Continued from front page.                                                                                  25-02395MJ

The driver, **Samantha Renea Corbin**, and passenger, **Amanda Michelle Tulk**, both United States citizens, were placed under arrest for human smuggling. Agents observed **Corbin's** cellphone in the vehicle with the GPS application activated, which is commonly used by human smugglers not familiar with the area. At approximately 8:00 p.m. BPAs read **Samantha Renea Corbin** and **Amanda Michelle Tulk** their Miranda Warnings. At approximately 8:24 p.m. **Corbin** admitted to BPAs that she had smuggled humans before on South Palominas Road. Agents also observed **Tulk's** phone with numerous missed calls from the same phone number.

Material witness Gambino Aguilar-Fuentes stated that his cousin had made arrangements for him to be smuggled into the United States from Mexico and he was not sure how much he was going to have to pay. Aguilar stated he crossed the International Border Fence (IBF) on July 17, 2025 at approximately 4:30 p.m. He was being guided by smugglers via cell phone and was told he would be picked up by a pickup truck. Aguilar described the truck that picked him up as a gray pickup with four doors. He was wearing camouflage when he and two other subjects got into the backseat of the truck.

Material witness Miguel Angel Jimenez-Gonzalez stated that his friend made arrangements for him to be smuggled into the United States from Mexico and did not know how much he was going to have to pay. He crossed the IBF on July 17, 2025 at approximately 4:30 p.m. He was guided by smugglers via cell phone until he got into the truck. He described the truck as a gray pickup with four doors. He was wearing camouflage when he and two other subjects got into the backseat of the truck.

Material witness Deysi Yaneth Laparra-Chilel De Gomez stated that her cousin made smuggling arrangements in for her to be smuggled into the United States for $135,000 Quetzales (GTQ), and her property deed. She crossed the IBF on July 17, 2025 at approximately 4:30 p.m. She stated one of the subjects who was in her group was using his cell phone to guide them to where they got into the truck. Laparra described the truck that picked them up as a gray pickup with four doors. She was wearing camouflage when she and two other subjects got into the backseat of the truck.

After waiving her *Miranda* rights, **Amanda Michelle Tulk** stated that she is from Benson Arizona, is friends with **Samantha Renea Corbin** and has known her for 15 years. She stated **Corbin** asked her to accompany her to pick up some friends in Bisbee, and did not know they would be picking up illegal aliens. She claimed they used **Tulk's** truck since **Corbin's** vehicle was not in good mechanical condition. Once she saw the three people get into her truck wearing camouflage, she started to request **Corbin** get them out of her vehicle, and that she "did not want to get involved in this". **Tulk** denied any direct involvement with smuggling the aliens. **Tulk** stated that, during the event, **Corbin** was on the phone with an unknown male who told **Corbin** that if they let the aliens out of the car "I will be coming for you.". Through a consented phone search videos were discovered on **Tulk's** phone. The videos show a vehicle driving on a dirt road with both the front and rear passenger doors cracked open. In the video **Corbin** can be heard talking with someone with a male voice. Agents also discovered that there were approximately 37 missed calls from the same number, initially observed in plain view during the stop, during a two-hour period.